UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

IN RE:  **Vernon Freeman Murr**

      **Frances Jarratt Murr**

                 Debtor(s)                 Case No.   **14-31898-KLP**

                                                           Chapter 13

## ORDER APPROVING ATTORNEY COMPENSATION

The America Law Group, attorneys for Debtors(s) filed an application for supplemental compensation stating that they are entitled to receive, as supplemental compensation, the amount of $1,481.58 in connection with the following:

The Attorneys have provided services to the Debtor(s) in connection with the filing of an Adversary Proceeding to Determine Validity, Extent and Priority of Lien pursuant to 11 U.S.C. § 506(a) on 12-21-12 resulting in a Judgment in favor of Debtor(s) entered by the Court on 04/30/2015

There being no objection filed to the application for compensation in this matter to date in the amount of $1,481.58 and that the Chapter 13 trustee, Suzanne E. Wade**,** is authorized to pay an additional $1,481.58 to America Law Group from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

Aug 30 2015

By /s/ Keith L. Phillips

Judge

Entered on Docket: Aug 31 2015

Notice of Order Entered on Docket

-

I ask for this:

/s/ Richard J. Oulton

Richard J. Oulton, Esquire VSB#29640

America Law Group, Inc.

2312 Boulevard
Colonial Heights, VA 23834
(804)520-2428



Seen and agreed

/s/ Suzanne E. Wade

Suzanne E. Wade, Chapter 13 Trustee



Certification

      I hereby certify that this Order has been endorsed by all necessary parties to this matter.

      /s/ Richard J. Oulton

      Richard J. Oulton Esquire



Please send a copy of this Order to:

Suzanne E. Wade, Trustee

By ECF Transmission

Vernon Freeman Murr

Frances Jarratt Murr

621 Peachtreet Street

Emporia, VA 23847